FILED IN
COURT OF CRIMINAL APPEALS

October 8, 2015

ABEL ACOSTA, CLERK

PD-1067-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 10/7/2015 8:12:02 PM
Accepted 10/8/2015 8:05:35 AM
ABEL ACOSTA
CLERK

**NO. PD-1067-15**

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS

**EX PARTE JAMES RICHARD "RICK" PERRY,**
**Appellant**

───────────────────────────────────

On Appeal From The 390th Judicial District Court,
Travis County, Texas, Cause No. D-1-DC-14-100139

───────────────────────────────────

**APPELLANT'S MOTION TO RESCHEDULE ORAL ARGUMENT**

───────────────────────────────────

**TO THE COURT OF CRIMINAL APPEALS OF TEXAS:**

COMES NOW Appellant, James Richard "Rick" Perry (Governor Perry), and presents this motion to reschedule oral argument, and would respectfully show this Honorable Court the following:

**I.**

On October 7, 2015, this Court granted both petitions for discretionary review and set oral argument for November 4, 2015.

Mr. Botsford, as lead counsel on the appeal, will present oral argument to the Court. Unfortunately, on August 12, 2015, Mr. Botsford and his wife arranged a prepaid vacation in Florence, Italy.[1]  Accordingly, Mr. Botsford regrettably requests

───────────────

[1] The flight leaves Austin on October 27, 2015 at 8:47 a.m. and arrives in Florence on October 28, 2015 at 9:10 a.m. The return flight leaves Florence on November 4, 2015 at 7:15 a.m., and arrives in Austin at 6:33 p.m. on November 4, 2015.

that the oral argument be moved to any other date convenient to the Court.

## **PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Governor Perry respectfully prays that this Court reschedule the oral argument to any other date convenient to the Court.

Respectfully submitted,

THE BUZBEE LAW FIRM

*/s/ Anthony G. Buzbee*
Anthony G. Buzbee
State Bar No. 24001820
JPMorgan Chase Tower
600 Travis Street, Suite 7300
Houston, Texas 77002
Tbuzbee@txattorneys.com
Telephone:  713-223-5393
Facsimile:   713-223-5909


BOTSFORD & ROARK
*/s/ David L. Botsford*
David L. Botsford
State Bar No. 02687950
1307 West Ave.
Austin, Texas 78701
dbotsford@aol.com
Telephone: 512-479-8030
Facsimile: 512-479-8040

BAKER BOTTS L.L.P.

*/s/ Thomas R. Phillips*
Thomas R. Phillips
State Bar No. 00000102
San Jacinto Center
98 San Jacinto Blvd., Suite 1500
Austin, Texas 78701-4078
tom.phillips@bakerbotts.com
Telephone:  512-322-2565
Facsimile:   512-322-8363

2

## CERTIFICATE OF SERVICE

This is to certify that a true and complete copy of this document has been emailed to Michael McCrum at michael@McCrumlaw.com, David Gonzalez at david@sg-llp.com and to Lisa McMinn, State Prosecuting Attorney, at lisa.mcminn@spa.texas.gov on the same date it was electronically filed with the Clerk of the Court of Criminal Appeals.

/s/ David L. Botsford
David L. Botsford